[No. 28967-9-II.   Division Two.   April 29, 2003.]

*In the Matter of the Estate of* RICHARD COBLENTZ.

Appeal from judgments of the Superior Court for Pierce County, No. 98-4-01209-1, Bryan E. Chushcoff, J., entered June 7 and 17, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 29038-3-II.   Division Two.   April 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. SEMYON KHOLYUSEV, *Appellant*.

Appeal from judgments of the Superior Court for Pierce County, No. 02-8-00508-7, Thomas P. Larkin, J., entered June 17 and July 8, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.

[No. 29071-5-II.   Division Two.   April 29, 2003.]

ST. JAMES EPISCOPAL CHURCH, ET AL., *Respondents*, v. LILLIAN HAVENS, ET AL., *Appellants*.

Appeal from judgments of the Superior Court for Wahkiakum County, No. 00-2-00023-4, Joel M. Penoyar, J., entered June 17 and July 10, 2002. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 20378-6-III.   Division Three.   May 1, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE LYNN MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 01-1-00022-0, Larry M. Kristianson, J., entered July 18, 2001. *Reversed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kato, JJ.